# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case no. 08-20568-Cr-UNGARO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JULIO DIAZ,
    Defendant.
_____/

## ORDER

THIS CAUSE, having come before this Court on request and agreement of the parties, and this Court being otherwise advised on the premises, it is hereby **ORDERED AND ADJUDGED** that the defendant's plea date is hereby rescheduled for August 19, 2008, at 10:00 A.M.

**DONE AND ORDERED** this 31 day of July, 2008 at Miami, Florida.

                                _____
                                UNITED STATES DISTRICT JUDGE
                                SOUTHERN DISTRICT OF FLORIDA

cc:    Luis I. Guerra, Esq.
        Mark Dispoto, AUSA
        PROBATION